UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

XIANGJIN LU and BINGKUN SUN,

                    Plaintiffs,              **MEMORANDUM & ORDER**
                                             26-CV-2644 (EK)(TAM)
          -against-

JERRY MILLER and A. DUIE PYLE, INC.,

                    Defendants.

------------------------------------x
ERIC KOMITEE, United States District Judge:

          This case is remanded for defendants' failure to properly establish the diversity of the parties as required by 28 U.S.C. § 1332.  To establish diversity jurisdiction, there must be complete diversity of parties as well as an amount in controversy greater than $75,000.  A district court may at any time remand a case *sua sponte* for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c); *Mitskovski v. Buffalo & Fort Erie Pub. Bridge Auth.*, 435 F.3d 127, 131 (2d Cir. 2006).

          In replying to the Courts May 7 Order to Show Cause, defendants asserted that "[u]pon information and belief" both plaintiffs were "a citizen of the State of New York."  ECF No. [8-1] ¶¶ 5, 6.  However, "[a]llegations made 'upon information and belief' are insufficient to establish a party's citizenship for purposes of establishing diversity." *Porter, Inc. v.*

*Riteway Marine Sols., Inc.*, No. 2:25-CV-01561, 2025 WL 3080649, at *2 (E.D.N.Y. Nov. 4, 2025).

Defendants' response also attaches HIPAA authorization forms to attempt to establish that the plaintiffs are domiciled in New York. *See* ECF No. [8-2], [8-3].  But those forms contain only the current addresses of the plaintiffs.  That is not enough to substantiate the plaintiffs' "intent to remain[ ]," a necessary element of their domicile and therefore citizenship. *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998).

Neither party alleges any other basis for federal jurisdiction.  This action is therefore remanded to New York State Supreme Court, Kings County, under Index No. 505542/2026. The Clerk of the Court is respectfully directed to send a certified copy of this Order to the Clerk of the New York State Supreme Court in Kings County.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    May 14, 2026
          Brooklyn, New York